| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| EASTERN DISTRICT OF MISSOURI | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Farmers Cooperative Association #301** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **43-0265310** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **28 N. Church Street**  **Sullivan, MO 63080**  Number, Street, City, State & ZIP Code  **Franklin**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Farmers Cooperative Association #301**                                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Farmers Cooperative Association #301**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **Farmers Cooperative Association #301** _____  Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Farmers Cooperative Association #301 | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2022**
              MM / DD / YYYY

X  **/s/ Bill Manion**                                          **Bill Manion**
   Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Spencer Desai**                          Date  **December 16, 2022**
   Signature of attorney for debtor                     MM / DD / YYYY

**Spencer Desai**
Printed name

**The Desai Law Firm**
Firm name

**13321 North Outer Forty Road**
**Suite 300**
**Chesterfield, MO 63017**
Number, Street, City, State & ZIP Code

Contact phone  **314-666-9781**       Email address  **spd@desailawfirmllc.com**

**39877 MO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Farmers Cooperative Association #301** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B&B Kwik Stop P.O. Box 698 Sullivan, MO 63080 | | trade debt | | | | $2,405.35 |
| BDADCO, LC 37 Four Mile Road Long Lane, MO 65590 | | trade debt | | | | $1,629.50 |
| BNSF Railway Company P.O. Box 676160 Dallas, TX 75267 | | trade debt | | | | $1,475.85 |
| Cissell Transportation Co LC P.O. Box 325 Perryville, MO 63775 | | trade debt | | | | $1,093.75 |
| Continental Western Group P.O. Box 639812 Cincinnati, OH 45263 | | trade debt | | | | $3,718.00 |
| Country Fish & Farm PO Box 712 Salem, MO 65560 | | trade debt | | | | $6,453.84 |
| Franklin County Collector of Revenue 400 E. Locust Room 103 Union, MO 63084 | | 2021 and 2022 Real Estate Taxes | | | | $38,087.16 |
| Green Garden Products PO Box 536084 Pittsburgh, PA 15253 | | trade debt | | | | $919.60 |

Debtor  **Farmers Cooperative Association #301**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hoewing Trucking LLC**<br>**405 Clark Street**<br>**Suite 120**<br>**Canton, MO 63435** | | trade debt | | | | $52,578.55 |
| **K&K Veterinary Supply**<br>**P.O. Box 1090**<br>**Tontitown, AR 72770** | | trade debt | | | | $41,065.82 |
| **KTUI Radio**<br>**PO Box 99**<br>**Sullivan, MO 63080** | | trade debt | | | | $612.00 |
| **Mid Missouri Scale LLC**<br>**6329 Hwy JJ**<br>**Sullivan, MO 63080** | | trade debt | | | | $3,246.94 |
| **Missouri Department of Agriculture**<br>**PO Box 630**<br>**Jefferson City, MO 65102** | | | | | | $606.00 |
| **Missouri Southern Seed**<br>**PO Box 699**<br>**Rolla, MO 65401** | | trade debt | | | | $19,624.72 |
| **Prince Corporation**<br>**29173 Network Place**<br>**Chicago, IL 60673** | | trade debt | | | | $4,749.68 |
| **Purina Animal Nutrition LLC**<br>**4001 Lexington Ave. North**<br>**Saint Paul, MN 55126** | | trade debt | | | | $24,629.91 |
| **StoneWood Insurance Company**<br>**P.O. Box 97488**<br>**Raleigh, NC 27624** | | workers compensation audit | | | | $2,568.00 |
| **Sullivan Independent News**<br>**PO Box 268**<br>**Sullivan, MO 63080** | | trade debt | | | | $2,083.00 |
| **Sydenstricker Nobbe Partners**<br>**14400State Street TT**<br>**Dutzow, MO 63342** | | trade debt | | | | $894.92 |

12/16/22  9:48AM

Debtor **Farmers Cooperative Association #301**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Winfrey Certified Public Accountants**<br>**601 Nifong Road**<br>**Suite 6B**<br>**Columbia, MO 65203** | | | | | | $5,995.00 |

.

B&B Kwik Stop
P.O. Box 698
Sullivan, MO 63080

BDADCO, LC
37 Four Mile Road
Long Lane, MO 65590

BNSF Railway Company
P.O. Box 676160
Dallas, TX 75267

Cissell Transportation Co LC
P.O. Box 325
Perryville, MO 63775

Continental Western Group
P.O. Box 639812
Cincinnati, OH 45263

Country Fish & Farm
PO Box 712
Salem, MO 65560

First State Community Bank
3 East Springfield Road
Sullivan, MO 63080

Franklin County Collector of Revenue
400 E. Locust Room 103
Union, MO 63084

Green Garden Products
PO Box 536084
Pittsburgh, PA 15253

Hoewing Trucking LLC
405 Clark Street
Suite 120
Canton, MO 63435

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James Laramore
Bradshaw Steele Cochrane Berens
3113 Independence Street
Cape Girardeau, MO 63703

K&K Veterinary Supply
P.O. Box 1090
Tontitown, AR 72770

```
KTUI Radio
PO Box 99
Sullivan, MO 63080

Mid Missouri Scale LLC
6329 Hwy JJ
Sullivan, MO 63080

Missouri Department of Agriculture
PO Box 630
Jefferson City, MO 65102

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105-4750

Missouri Southern Seed
PO Box 699
Rolla, MO 65401

Prince Corporation
29173 Network Place
Chicago, IL 60673

Purina Animal Nutrition LLC
4001 Lexington Ave. North
Saint Paul, MN 55126

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Rich Hill Equipment & Truck LLC
P.O. Box 15
Rich Hill, MO 64779

Soil Testing Services
University of Missouri
23 Mumford Hall
MO 65221

StoneWood Insurance Company
P.O. Box 97488
Raleigh, NC 27624

Sullivan Independent News
PO Box 268
Sullivan, MO 63080

Sydenstricker Nobbe Partners
14400State Street TT
Dutzow, MO 63342
```

```
Winfrey Certified Public Accountants
601 Nifong Road
Suite 6B
Columbia, MO 65203
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re   __Farmers Cooperative Association #301__   
Debtor(s)

Case No.   _____  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Farmers Cooperative Association #301__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 16, 2022**  
Date

**/s/ Spencer Desai**  
**Spencer Desai**  
Signature of Attorney or Litigant  
Counsel for   __Farmers Cooperative Association #301__  
**The Desai Law Firm**  
**13321 North Outer Forty Road**  
**Suite 300**  
**Chesterfield, MO 63017**  
**314-666-9781**  
**spd@desailawfirmllc.com**